U.S. District Court      2:16-cv-6186

Timothy Young

v.

Lorretta Lynch, U.S. Atty. Gen.
Stephen M. Horn, U.S. Atty.
Dept. of Justice

FILED
JUL 11 2016
TERESA L. ??PNE?, CLERK
U.S. District Court
Southern District of West Virginia

## Civil Complaint

### Claim One

#1.   The U.S. Attorney General, the U.S. Attorney (in Charleston, WV), and the DOJ are placing my life in danger by not enforcing the Federal statutes.

#2.   Lorretta Lynch, Stephen M. Horn, and the DOJ were given evidence of criminal conduct by several government employees including P.A. Osagie, MRAS Fetterhoff, and Dr. Allred but has allowed their continued employment with the DOJ.

#3.   The employees are withholding care, testing, and treatment for Hepatitis-C that I am eligible for and that has

One

been approved.

#4.  These employees are withholding, falsifying, and destroying medical and other records to conceal their misconduct.

#5.  The United States has been inviting corrupt employees to give off-the-record stories to refute allegations against them.

#6.  Whatever story is fabricated will be kept secret so the employee is allowed and encouraged to weave a tale around the allegations. All fabricated documents, records, and recordings will also remain secret.

#7.  The United States will prevent Substantive Due Process in this case to protect the Defendants from making a statement on the record or from suffering the consequences when I prove that the Executive branch has committed perjury yet again.

## Claim Two

#8  On 5-25-2016 I submitted a request to the prison hospital for records which

Two

#9. was filled by Ms. Mills on 6-13-2016.
On 6-6-2016 I submitted a request to the prison hospital for records.

#10. On 6-13-2016 I submitted a request to the prison hospital for records which was filled by Ms. Mills on 6-20-2016.

#11. On 6-29-2016 I filed a BP-8 because P.A. Osagie was preventing the 6-6-2016 request from being answered.

#12. Ms. Fetterhoff replied to the grievance by claiming requests "...are processed in the order they are received..." but that does not explain why P.A. Osagie blocked the <u>Middle</u> (6-6-2016) request or why she refuses to release the records and informally resolve the complaint as required by policy (FCC 1331.18).

#13. P.A. Osagie and MRAS Fetterhoff are withholding life-saving treatment for Hepatitis-C and the Defendants in this case are allowing their systemic Human Rights violations to continue against myself and other inmates at the supermax prison.

#14. On 9-30-2015 the Optometrist determined that I need a new prescription but MRAS Fetterhoff has

Three

not ordered it in retaliation for my First Amendment complaints against her.

#15. MRAS Fetterhoff has retaliated against me by withholding access to doctors, eyeglasses, prescriptions, etc., for approx. a decade.

#16. Three inmates on my tier went to the Optometrist this year and all have received their prescriptions.

#17. MRAS Fetterhoff gives a different story everytime I complain, see the attached exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
July 5, 2016

T. Y.
Pro Se

Timothy Doyle Young
#60012-001
USP-Max-ADX
POBox 8500
Florence, CO
81226

"Legal Mail -
Open only in
presence of inmate."

Four